UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIRST KEYSTONE CONSULTANTS, INC.,
ET AL.,

                              Plaintiff(s),

        -against-

SCHLESINGER ELECTRICAL
CONTRACTORS, INC., ET AL.,

                              Defendant(s).
------------------------------------------------------------X

Civil Action No. 2010-0696

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                   s.s :
COUNTY OF NEW YORK   )

        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. is over the age of eighteen years and is not a party to the action.

        That on the 23rd day of February, 2010, at approximately 9:22 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT and CIVIL COVER SHEET** upon Schlesinger Electrical Contractors, Inc. at 664 Bergen Street, Brooklyn, New York 11238 by personally delivering and leaving the same with Mike Moss, who is authorized by appointment to accept service.

        Mike Moss is a white male, approximately 45 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short black hair and dark eyes and was wearing glasses.

Sworn to before me this
1st day of March, 2010

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014