UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIRST KEYSTONE CONSULTANTS, INC.,
ET AL.,

                Plaintiff(s),

                                      Civil Action No. 2010-0696

   -against-
                                        **AFFIDAVIT OF SERVICE**

SCHLESINGER ELECTRICAL
CONTRACTORS, INC., ET AL.,

                Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                      s.s :
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. is over the age of eighteen years and is not a party to the action.

     That on the 23rd day of February, 2010, at approximately 9:22 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT and CIVIL COVER SHEET** upon Jacob Levita c/o Schlesinger Electrical Contractors, Inc. at 664 Bergen Street, Brooklyn, New York 11238 by personally delivering and leaving the same with Mike Moss, who is a person of suitable age and discretion, at that address the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

     Mike Moss is a white male, approximately 45 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short black hair and dark eyes and was wearing glasses.

(1)

    That on the 1st day of March, 2010 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Jacob Levita**
**c/o Schlesinger Electrical Contractors, Inc.**
**664 Bergen Street**
**Brooklyn, New York 11238**

Sworn to before me this
1st day of March, 2010

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

_____
JOSEPH SANCHEZ #1155200

(2)