Stephen F. Ellman
Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for
JPMorgan Chase Bank, N.A., incorrectly sued
herein as JPMorgan Chase & Co.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST KEYSTONE CONSULTANTS, INC., ROBERT SOLOMON AND JANE SOLOMON,<br><br>Plaintiffs,<br><br>- against -<br><br>SCHELSINGER ELECTRICAL CONTRACTORS, INC., JACOB LEVITA and JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No.: 10 CV 00696<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendant JPMorgan Chase Bank, N.A., incorrectly sued herein as JPMorgan Chase & Co. ("Chase"), that:

1. The time for defendant Chase to respond to the summons and complaint shall be extended to and including April 8, 2010;

2. Chase shall not assert defenses concerning service of the summons and complaint or lack of personal jurisdiction; and

3. This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
       March 5, 2010

SIGMAN & ROCHLIN, LLC

By: _____
Richard H. Agins
Attorney for Plaintiffs
100 Pearl Street, 14th Floor
Hartford, Connecticut  06103
(860) 828-2138

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
Attorneys for Defendant
 JPMorgan Chase Bank, N.A., incorrectly
 sued herein as JPMorgan Chase & Co.
575 Lexington Avenue
New York, New York  10022
(212) 223-0400

SO ORDERED:

_____

573513.v1/10399-008/RN