Stephen F. Ellman
Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for
*JPMorgan Chase & Co.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST KEYSTONE CONSULTANTS, INC., ROBERT SOLOMON AND JANE SOLOMON,<br><br>Plaintiffs,<br><br>- against -<br><br>SCHELSINGER ELECTRICAL CONTRACTORS, INC., JACOB LEVITA and JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No.: 10 CV 00696 (KAM)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for JPMorgan Chase Bank, N.A. incorrectly sued herein as JPMorgan Chase & Co. certifies that the

following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the stock of JPMorgan Chase Bank, N.A.: JPMorgan Chase & Co.

Dated: New York, New York
March 5, 2010

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Stephen F. Ellman
Ronald Neumann
Attorneys for Defendant
 JPMorgan Chase & Co.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400