

Richard H. Agins
ragins@sigmanandrochlin.com
v: 860.357.9158 xt. 2
f: 860.218.9659

Admitted to CT, PA & NY Bars

**Via Electronic Case Filing System**

August 30, 2010

Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **First Keystone Consultants, Inc., et al. v.**
      **Schlesinger Electrical Contractors, Inc., et al.**
      **U.S. District Court, Eastern District of N.Y.**
      **Docket No. 10-cv-0696 (KAM)(SMG)**

Dear Chief Magistrate Gold:

  My firm represents First Keystone Consultants, Inc., Robert Solomon and Jane Solomon, plaintiffs in the captioned action.

  After the initial scheduling conference in this case, Your Honor scheduled a second conference for September 14, 2010. Unfortunately, the annual partners' meeting for my firm has been scheduled to take place in Philadelphia on September 13-15, thereby posing a conflict. Moreover, my clients will still be in Florida on September 15th, not returning until the latter part of that week.

  Accordingly, I respectfully request that the September 14th scheduling conference be rescheduled for a time that is convenient for Your Honor during the following week.

              Respectfully submitted,

              SIGMAN & ROCHLIN, LLC

              Richard H. Agins

RHA:um
cc: All counsel of record via ECF and electronic mail
  First Keystone Consultants, Inc.

Mailing Address: 1224 Mill Street Suite D-200 • East Berlin, CT 06023-1146

100 Pearl Street • 14th Floor • Hartford • CT 06103
www.sigmanandrochlin.com