UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
FIRST KEYSTONE CONSULTANTS, INC.,
ROBERT H. SOLOMON and JANE SOLOMON,

                Plaintiffs,

    -against-

SCHLESINGER ELECTRICAL CONTRACTORS,
INC., JACOB LEVITA, and JPMORGAN
CHASE & CO.,

                Defendants.
---------------------------------------------------------------------X

JUDGMENT
10-CV- 0696 (KAM)

      An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on December 15, 2010, dismissing with prejudice all claims against JP Morgan Chase Bank, N.A. (incorrectly sued as JP Morgan Chase & Co.); and directing the Clerk of Court to enter judgment as to JPMorgan Chase Bank, N.A. accordingly;

      ORDERED and ADJUDGED that all claims against JP Morgan Chase Bank, N.A. (incorrectly sued as JP Morgan Chase & Co.) are dismissed with prejudice; and that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered as to JPMorgan Chase Bank, N.A.

Dated: Brooklyn, New York
       December 15, 2010

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court