UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
FIRST KEYSTONE CONSULTANTS, INC., and
ROBERT AND JANE SOLOMON,

                      Plaintiffs,

     -against-

SCHLESINGER ELECTRICAL CONTRACTORS, INC.,

                      Defendant.
-------------------------------------------------------------------- x
-------------------------------------------------------------------- x
ROBERT AND JANE SOLOMON,

                      Plaintiffs,

     -against-

SIEMENS INDUSTRY, INC., SIEMENS ENERGY &
AUTOMATION, and FRANK A. KRUTEMEIER,

                      Defendants.
-------------------------------------------------------------------- x

ORDER
10-CV-696 (KAM)

ORDER
11-CV-1321 (DLI)

GOLD, STEVEN M., U.S.M.J.:

      Plaintiffs, First Keystone Consultants and Robert and Jane Solomon, in the first action (the "FKC action") allege that they are owed fees and monies by defendant pursuant to various contracts and agreements. Plaintiffs, Robert and Jane Solomon proceeding *pro se*, in the latter action (the "Solomons action") allege tortious interference with contract, breach of contract, and conversion. As became clear during the initial conference in the Solomons action held on July 19, 2011, the Solomons appear to be relying on, at least in part, some of the same contracts and agreements that are at issue in the FKC action. In fact, plaintiffs in both actions attach some of

the same agreements to their complaints.[1] *See* FKC Compl. Exs. E & B (copies of the SSE Operating Agreement and SFD Agreement); Solomons Compl. Exs. A & B (same). Accordingly, all counsel in both actions and *pro se* plaintiffs in the Solomons action shall confer on the question of whether these cases should be consolidated, at least for purposes of discovery, and each of the parties shall submit a letter setting forth their respective positions no later than **August 5, 2011**. *See also* Guidelines for Division of Business among District Judges – Eastern District, Rule 50.3.1 (defining "related" cases as those where, "because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge"). The Siemens defendants are directed to promptly serve a copy of this Order on the *pro se* plaintiffs.

SO ORDERED.

_____/s/_____
STEVEN M. GOLD
United States Magistrate Judge

Brooklyn, New York
July 21, 2011

*U:\eoc 2011\fkc-solomon consol order.docx*

---

[1] The parties are also involved in litigation over some of the same contracts in the Southern District of New York. *See DDR Constr. Servs., Inc. v. Siemens Indus., Inc.*, \_ F. Supp. 2d \_, 2011 WL 982049 (S.D.N.Y. Mar. 22, 2011) (describing some of the same contracts at issue in the First Keystone and Solomons actions).